IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Ballesteros, Jr., | ) No. CV-12-01958-PHX-ROS |
| Petitioner, | ) **ORDER** |
| vs. | ) |
| Charles L. Ryan, et al., | ) |
| Respondents. | ) |

On April 9, 2014, Magistrate Judge David K. Duncan issued a Report and Recommendation ("R&R"). The R&R recommends the petition for writ of habeas corpus be denied. (Doc. 15). Neither party filed an objection. Therefore, the R&R will be adopted in full. Accordingly,

**IT IS ORDERED** the Report and Recommendation (**Doc. 15**) is **ADOPTED** and the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** either because dismissal is justified by a plain procedural bar and jurists of reason would not find the ruling debatable or because Petitioner has not made a substantial showing of the denial of a constitutional right.

DATED this 13th day of May, 2014.

Roslyn O. Silver
Senior United States District Judge